# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHAWN L. HENDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:12-cv-02457-KOB-JEO |
| | ) |
| INDIANA DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The magistrate judge filed a report and recommendation on July 23, 2012, recommending that this court transfer this action to the United States District Court for the Southern District of Indiana.  (Doc. 2).  Plaintiff filed a response on July 30, 2012.[1]  (Doc. 3).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation.  The court TRANSFERS this case

---

[1] Plaintiff's response does not address *why* his case should not be transferred to the United States District Court for the Southern District of Indiana.  Instead, plaintiff claims that because defendants failed to object to the report and recommendation, defendants should pay him monetary damages and vacate his sentence.

to the United States District Court for the Southern District of Indiana for further proceedings.

DONE and ORDERED this 20th day of August, 2012.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE